# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133582 & (15)(19)(20)

ROYCE WILCOXSON BEY, an Infant, by
the Next Friend, PEPPER WILCOXSON
BEY, ROXY WILCOXSON BEY, a
Stillborn Child, by PEPPER WILCOXSON
BEY, Personal Representative, and
PEPPER WILCOXSON BEY, Individually,
             Plaintiffs-Appellees,

v

DEBRA WRIGHT, M.D. and PROVIDENCE
HOSPITAL AND MEDICAL CENTERS, INC.,
             Defendants-Appellants,

and

ST. JOHN HEALTH SYSTEMS, INC.,
             Defendant.
_____/

SC: 133582
COA: 276247
Wayne CC: 05-524008-NH

On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the March 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2007

_____
Clerk

d0417